ACCEPTED
01-17-00881-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/23/2018 12:21 PM
CHRISTOPHER PRINE
CLERK

**No. 01-17-00881-CV**

**In the First District Court of Appeals
Houston, Texas**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

3/23/2018 12:21:50 PM

CHRISTOPHER A. PRINE
Clerk

**CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SYNDICATE NUMBER 2020, 1084, 2001, 457, 510, 2791, 2987, 3000, 1221, 5000 AND NAVIGATORS INSURANCE COMPANY UK,**
*Appellants,*

**v.**

**PRIME NATURAL RESOURCES, INC.,**
*Appellee.*

On Appeal from the 129th Judicial District Court, Harris County, Texas
Cause No. 2015-51137

**UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME
TO FILE BRIEF OF APPELLANTS**

Appellants, Certain Underwriters at Lloyd's, London Syndicate Number 2020, 1084, 2001, 457, 510, 2791, 2987, 3000, 1221, 5000 and Navigators Insurance Company UK, respectfully file this unopposed motion for extension of time to file their brief.

1.    The present deadline for filing the brief is April 18, 2018.

2.    Appellants seek an extension of 30 days, until May 18, 2018 in which to file their brief.

3.    This is Appellants' second request for an extension of time to file their brief.

4.    This motion is unopposed.

5.    Appellants request an extension because the Brief of Appellants will require additional time to prepare for a number of reasons:

- This is a complex insurance coverage appeal for a judgment for more than $19 million.

- A review of the record is important for the issues in this case. and the record is far more voluminous than in most appeals. The clerk's record is 14 volumes. The reporter's record is 33 volumes, and includes the transcript of a 5-week trial and more than 15,000 pages of exhibits.

- The number of counsel in this case requires extensive coordination.

- Counsel with primary responsibility for preparing the brief for Appellants, Robert Dubose, has had the following schedule conflicts that require extra time to prepare this brief:

   o Participation in a three-week trial that began March 20, 2018 in *Routon v. EOG Resources, Inc.*, No. 2015-34043; In the 295th Judicial District Court, Harris County, Texas.

   o An Appellant's Reply Brief and Cross-Appellee's Brief filed March 22, 2018 in *Ex Parte City of El Paso*; No. 03-17-00566-CV; In the Third Court of Appeals, Austin, Texas.

   o A hearing on April 5 and 6 on entry of judgment regarding a $6 billion verdict in *Hopper v. JPMorgan Chase Bank, N.A.*; No. PR-11-3238-1; In the Probate Court No. 1, Dallas County, Texas.

   o Oral argument on April 10, 2018 in *TRO-X, L.P. v. Eagle Oil & Gas Co.*, No. 05-17-00062-CV; In the Fifth Court of Appeals, Dallas, Texas.

    o  Preparation for two continuing legal education speeches on March 27 and April 26, 2018.

6.    This motion is not filed for the purpose of delay, but to allow counsel adequate time to prepare Appellants' Brief in a way that will assist the Court in reaching a decision.

For these reasons, Appellants respectfully request that the deadline for filing their brief be extended until May 18, 2018.

Respectfully submitted,

Robert B. Dubose
State Bar No. 00787396
rdubose@adjtlaw.com
Roger D. Townsend
State Bar No. 20167600
rtownsend@adtjlaw.com
ALEXANDER DUBOSE
JEFFERSON & TOWNSEND LLP
1844 Harvard Street
Houston, Texas 77008
Telephone: (713) 523-2358
Facsimile: (713) 522-4553

J. Clifton Hall, III
State Bar No. 00793204
chall@hallmaineslugrin.com
William P. Maines
State Bar No. 12849700
wmaines@hallmaineslugrin.com
Reece Rondon
State Bar No. 00794559
rrondon@hallmaineslugrin.com
Allyson L. Wilkinson
State Bar No. 24010481
awilkinson@hallmaineslugrin.com
HALL MAINES LUGRIN, P.C.
Williams Tower, Suite 6400
2800 Post Oak Boulevard
Houston, Texas 77056-6125
Telephone: (713) 871-9000
Facsimile: (713) 871-8962

Charles T. Frazier, Jr.
ALEXANDER DUBOSE
JEFFERSON & TOWNSEND LLP
State Bar No. 07403100
cfrazier@adjtlaw.com
4925 Greenville Avenue, Suite 510
Dallas, Texas 75206
Telephone: (214) 369-2358
Facsimile: (214) 369-2359

**ATTORNEYS FOR APPELLANTS**

**CERTIFICATE OF CONFERENCE**

I have conferred with Robert M. Roach, Jr., one of the attorneys for Appellee, and he is unopposed to this motion for extension of time.

/s/Robert B. Dubose
Robert B. Dubose

**CERTIFICATE OF SERVICE**

On March 23, 2018, I electronically filed this Unopposed Second Motion for Extension of Time to File Brief of Appellants with the Clerk of Court using the eFile.TX.gov electronic filing system which will send notification of such filing to the following:

Robert M. (Randy) Roach, Jr.
rroach@roachnewton.com
Daniel W. Davis
ddavis@roachnewton.com
Robert J. Cunningham
rcunningham@roachnewton.com
ROACH & NEWTON LLP
One Westchase Center
10777 Westheimer, Suite 212
Houston, Texas 77042

John Zavitsanos
jzavitsanos@azalaw.com
Foster C. Johnson
fjohnson@azalaw.com
AHMAD ZAVITSANOS ANAIPAKOS
ALAVI & MENSING, P.C
1221 McKinney Street, Suite 3460
Houston, Texas 77010

/s/Robert B. Dubose
Robert B. Dubose